# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Ernesto Sandoval-Heraz,<br>(A 205 593 459)<br>*Defendant* | ) ) ) ) ) ) )   Case No.   16-9455 MJ |

DOA
11-23-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 23, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: James R. Knapp, AUSA for AUSA Jillian M. Besancon

☒ Continued on the attached sheet.

*Complainant's signature*
Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me telephonically.

Date: November 25, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On November 23, 2016, Ernesto Sandoval-Heraz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about May 21, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On November 23, 2016, at or near Phoenix, in the District of Arizona, Ernesto Sandoval-Heraz, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 23, 2016, the Phoenix Police Department (PPD) encountered Ernesto Sandoval-Heraz during a call for a possible kidnapping at 5259 W. McDowell Road, in Phoenix, Arizona. PPD Officer Casteneda suspected Sandoval-Heraz to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer S. Case telephonically interviewed Sandoval-Heraz and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Sandoval-Heraz was transported to the Phoenix ICE office for further investigation and processing. Sandoval-Heraz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Ernesto Sandoval-Heraz to be a citizen of Mexico and a previously deported criminal alien. Sandoval-Heraz was removed from

the United States to Mexico through Del Rio, Texas, on or about May 21, 2014, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Sandoval-Heraz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Sandoval-Heraz's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Ernesto Sandoval-Heraz in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Sandoval-Heraz presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Sandoval-Heraz entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Sandoval-Heraz's immigration history was matched to him by electronic fingerprint comparison.

5. On November 23, 2016, Ernesto Sandoval-Heraz was advised of his constitutional rights. Sandoval-Heraz freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 23, 2016, Ernesto Sandoval-Heraz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about May 21, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on November 23, 2016, at or near Phoenix, in the District of Arizona, Sandoval-Heraz, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 25th day of November, 2016.

Eileen S. Willett,
United States Magistrate Judge